# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHNNY LONG,**

      **Plaintiff,**

**v.**                                                    **Case No.  8:05-cv-1642-T-30TBM**

**EURO-AMERICAN INVESTMENTS,
INC.**

      **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Toll Proceedings and Incorporated Memorandum of Law (Dkt. # 6) and Plaintiffs' Response to Defendant's Motion to Toll or Stay Proceedings Pending Remediation (Dkt. # 7).  The Court, having considered the motion and having been otherwise fully advised, finds that the motion should be granted in part and denied in part.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Motion to Toll Proceedings and Incorporated Memorandum of Law (Dkt. # 6) is GRANTED IN PART AND DENIED IN PART as stated herein.

2.    This case is hereby STAYED for a period of one hundred twenty (120) days in order to afford the Defendant an opportunity to remediate the property, thereby conserving client and judicial resources.

3.      Defendant shall keep the Plaintiff advised of the remediation process.

4.      Plaintiff is cautioned against incurring unnecessary legal fees during this stay.

5.      The parties shall file a joint Status Report at the end of the one hundred twenty (120) day stay advising the Court of whether, given the Defendant's remediation efforts, the case has been amicably resolved or whether the stay should be lifted for further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on November 18, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2005\05-cv-1642.ADA stay.wpd