UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHNNY LONG,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 8:05-cv-1642-T-30MAP

**EURO-AMERICAN INVESTMENTS, INC.,**

　　Defendant.
_____/

**O R D E R**

　　The Court has been advised via a Joint Status Report (Dkt. #19) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

　　**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

　　**DONE** and **ORDERED** in Tampa, Florida on June 27, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ James S. Moody, Jr._
　　　　　　　　　　　　　　　　　　　　　　　　JAMES S. MOODY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1642.dismissal 19.wpd